[No. 57900-2-I.  Division One.  April 23, 2007.]

PATRICIA NIEMELA, *Appellant*, v. CLARENCE R. ADDERLEY, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 01-2-01860-1, David A. Nichols, J., entered March 7, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 57921-5-I.  Division One.  April 23, 2007.]

SPENCER PRIDGEN, *Respondent*, v. KIRK WAGONER ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Skagit County, No. 05-2-00453-6, Susan K. Cook, J., entered February 17, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 57925-8-I.  Division One.  April 23, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. PETER JOHN TALAGA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-11996-5, Laura C. Inveen, J., entered February 27, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 57968-1-I.  Division One.  April 23, 2007.]

WASHINGTON CEDAR & SUPPLY CO., INC., *Appellant*, v. THE DEPARTMENT OF LABOR & INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-18184-2, James D. Cayce, J., entered March 24, 2006. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox and Ellington, JJ.